UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAM TRAN,

           Plaintiff,

  v.

KELLI E. OSLER,

           Defendant.

CASE NO. 3:22-cv-05968-BHS

ORDER

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation, Dkt. 4, recommending the Court deny pro se Plaintiff Tam Tran's application to proceed *in forma pauperis*, and dismiss the action. Judge Christel correctly points out that Tran's complaint contains no factual allegations supporting a plausible claim against the sole defendant, Judge Osler, and that Tran's claims against her are facially frivolous because she has judicial immunity. *Id*. at 3–4.

Tran has not objected to the R&R, and the time for doing so has long since passed.

The R&R is **ADOPTED**. Tran's application to proceed *in forma pauperis* is **DENIED**. The Court will not permit Tran to amend his complaint because doing so would be futile. The case is **DISMISSED**.

ORDER - 1

1 │ The Clerk shall enter a **JUDGMENT**, send copies of this order to Tran and to
2 │ Judge Christel, and close the case.

3 │ IT IS SO ORDERED.

4 │ Dated this 13th day of March, 2023.

```
                                    /s/ Benjamin H. Settle
                                    _____
                                    BENJAMIN H. SETTLE
                                    United States District Judge
```